IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE TIMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CV-564-WKW |
| | ) | [WO] |
| ROY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 7, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 15.) On March 17, Plaintiff filed objections. (*See* Doc. # 16.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which the objections are made. *See* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Ms. Times' objections (Doc. # 16) are OVERRULED;

2. The Recommendation (Doc. # 15) is ADOPTED;

3. This action is DISMISSED for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

A separate final judgment will be entered.

2

DONE this 20th day of March, 2014.

                                                    /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE